FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| RAMIRO CERVANTES,<br><br>      Plaintiffs,<br><br>      v.<br><br>D. GREY, et al.,<br><br>      Defendants. | Case No. CV 11-4477-AG (MLG)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, the records on file and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

Dated: <u>August 31, 2012</u>

_____
Andrew J. Guilford
United States District Judge