JS - 6/ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RAMIRO CERVANTES,<br><br>    Plaintiffs,<br><br>    v.<br><br>D. GREY, et al.,<br><br>    Defendants. | Case No. CV 11-4477-AG (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: August 31, 2012

_____
Andrew J. Guilford
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY