JS - 6/ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

|  |  |
|---|---|
| RAMIRO CERVANTES, | |
| Plaintiffs, | Case No. CV 11-4477-AG (MLG) |
| v. | JUDGMENT |
| D. GREY, et al., | |
| Defendants. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: <u>August 31, 2012</u>

_____
Andrew J. Guilford
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY